United States District Court

Northern District of California

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, Director of California Department of Corrections and Rehabilitation,<br><br>    Defendant. | Case No.: C 14-2395 CW (PR)<br><br>JUDGMENT |

Pursuant to the Court's Order of today's date dismissing the present action, a judgment of DISMISSAL with prejudice is hereby entered.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 6/23/2014

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE